SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
SM.650-276S

Attorneys for Secured Creditor
MONTERRA CREDIT UNION, its successors and/or assignees in interest

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

MARK GERALD AUSTRIA INFANTE aka
MARK INFANTE aka MARK GERALD
INFANTE and JONALYN JOSEPH INFANTE
aka JONALYN R JOSEPH aka JONALYN
JOSEPH,

        Debtor,

Bk. No. 26-30035-DM

Chapter 13

NOTICE OF HEARING

Hearing-
Date:    April 9, 2026
Time:    9:30 a.m.
Place:    Bankruptcy Court
**Via Tele/Videoconference**

      TO ALL INTERESTED PARTIES:

      PLEASE TAKE NOTICE that on April 9, 2026 at 9:30 a.m. **VIA**

**TELE/VIDEOCONVERENCE,** at the United States Bankruptcy Court, the undersigned will

bring on for Preliminary Hearing the attached Motion for Relief from Automatic Stay before the

Honorable Dennis Montali, United States Bankruptcy Judge.

      **All interested parties should consult the Bankruptcy Court's website at**

**www.canb.uscourts.gov for information about court operations during the COVID-19**

**pandemic. The Bankruptcy Court's website provides information regarding how to**

**arrange a telephonic or video appearance. If you have any questions regarding how to**

**appear at a court hearing, you may contact the Bankruptcy Court by calling (888) 821-**

**7606 or by using the Live Chat feature on the Bankruptcy Court's website.**

      The Bankruptcy Court's website provides information regarding how to arrange

Case: 26-30035   Doc# 24   Filed: 03/23/26   Entered: 03/23/26 14:20:25   Page 1 of 2

1

an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.  Although no written response is required, your failure to appear in person or through counsel at the above noticed hearing may result in the Court granting the relief requested in the motion.

SCHEER LAW GROUP, LLP

Date: March 20, 2026

/s/ Reilly D. Wilkinson
#250086